IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAYMOND EARL MARION, | ) | |
| | ) | |
| Defendant. | ) | |

The court is in receipt of the retroactive sentencing worksheet which suggests that the defendant is ineligible for a sentencing reduction. The government agrees. The defendant disagrees. After consultation with counsel,

IT IS ORDERED that:

(1) The retroactive sentencing worksheet shall be filed in the court file.

(2) The defendant shall submit a brief on or before July 28, 2008, explaining why he is entitled to a sentencing reduction.

(3) The government may respond to the defendant's brief on or before August 18, 2008.

(4) My chambers shall call this matter to my attention on August 19, 2008.

July 1, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge