IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAYMOND EARL MARION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that

(1)   The defendant's unopposed motion to continue brief deadline (filing 48) is granted.

(2)   The defendant shall file his brief in support of sentence reduction no later than July 30, 2008.

(3)   The government shall respond to the defendant's brief on or before August 20, 2008.

(4)   My chambers shall call this matter to my attention on August 21, 2008.

July 28, 2008.                BY THE COURT:

                      s/ *Richard G. Kopf*
                      United States District Judge