IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND MARION, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

Since the defendant was sentenced as a career offender, and his sentencing range was therefore determined by the Guidelines' career offender provision, he is not categorically eligible for a reduction in his sentence under an amendment to the sentencing guidelines that reduced base offense levels for drug offenses founded on the quantity of crack involved in the offense. *See, e.g., United States v. Thomas, 524 F.3d 889, 890 (8th Cir. 2008)*.

IT IS ORDERED that the defendant's motion to reduce sentence pursuant to crack cocaine Amendment 706 (filing 43) is denied.

August 19, 2008.                BY THE COURT:

                                *s/Richard G. Kopf*
                                United States District Judge